**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TANEISHA GERMAN et al.,
Plaintiffs,

vs.

HENRY COUNTY SCHOOL et al.,
Defendants.

CIVIL ACTION FILE

NO. 1:25-CV-4657-MHC

# J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED** because Plaintiffs have failed to address the shortcomings noted in the January Order.

Dated at Atlanta, Georgia, this 25th day of March, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Finn Johnston
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 25, 2026
Kevin P. Weimer
Clerk of Court

By: s/Finn Johnston
Deputy Clerk