FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 27 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TANEISHA GERMAN and WYMAN T. BEY,
Individually and on behalf of their minor child, W.B.,

Plaintiffs,

v. Civil Action No. 1:25-cv-04657-MHC

HENRY COUNTY SCHOOL DISTRICT;
BOBBY FERRELL;
MELISSA THOMAS;
MONICA GREEN;
JAIME TURPIN;
CLARENCE CALLAWAY, JR.,

Defendants.

PLAINTIFFS' NOTICE OF FILING PROPOSED THIRD AMENDED COMPLAINT

Plaintiffs, proceeding pro se, respectfully submit this Notice of Filing to provide the Court with their Proposed Third Amended Complaint in support of their pending Rule 59 Motion and Motion for Leave to Amend.

The Proposed Third Amended Complaint is attached hereto as Exhibit A.

The proposed amendment addresses and cures the deficiencies previously identified by the Court by presenting a clear, organized, and non-shotgun pleading. The Complaint separates each cause of action into distinct counts, identifies the specific Defendant(s) responsible for each claim, and aligns factual allegations with the elements of each claim.

Additionally, Plaintiffs have incorporated specific factual allegations demonstrating Defendants' prior knowledge, deliberate indifference, retaliation, and failure to protect, as well as clarified the bases for liability under federal and state law.

Plaintiffs respectfully submit that the Proposed Third Amended Complaint is not futile and should be allowed in the interest of justice and adjudication on the merits.

Respectfully submitted,

/s/ Taneisha German
Taneisha German, Pro Se
Email:sntknight@yahoo.com

/s/ Wyman T. Bey
Wyman T. Bey, Pro Se
Locust Grove, Georgia 30248

/s/ Taneisha German
Taneisha German, Pro Se

/s/ Wyman T. Bey
Wyman T. Bey, Pro Se

Locust Grove, Georgia
Email:sntknight@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2026, I electronically filed the foregoing Plaintiffs' Supplemental Memorandum in Support of Rule 59 Motion and Motion for Leave to File Third Amended Complaint, along with the Notice of Filing Proposed Third Amended Complaint and Exhibit A, with the Clerk of Court using the CM/ECF system.

I further certify that the CM/ECF system will automatically send notification of such filing to all counsel of record.

In addition, I certify that I sent a courtesy copy of the foregoing filing via electronic mail to counsel of record, including:

Randall C. Farmer
Pereira, Kirby, Kinsinger & Nguyen LLP
Randall C. Farmer <rfarmer@pkknlaw.com>

Michael M. Hill
Freeman Mathis & Gary LLP
mhill@fmglaw.com

Respectfully submitted,

/s/ Taneisha German
Taneisha German, Pro Se
Locust Grove, Georgia 30248
Email:sntknight@yahoo.com

/s/ Wyman T. Bey
Wyman T. Bey, Pro Se
Locust Grove, Georgia 30248